## HATFIELD RELIANCE COAL COMPANY v. PLOWMAN

(Decided February 18, 1930.)

J. W. Craft for movant.

Napier & Helm opposed.

PER CURIAM. Judgment for $300 in an action for damages to property.

Appeal denied. Judgment affirmed.

## DAVENPORT v. SILVERTHORNE.

(Decided February 25, 1930.)

Stout & Herdman for movant.

J. F. Denton opposed.

PER CURIAM. Judgment for defendant on claim of plaintiff for $275 for damages.

Appeal denied. Judgment affirmed.

## JOHNSON BROTHERS v. BRYANT.

(Decided February 28, 1930.)

Frank, Ginocchio and King Swope for movant.

R. S. Crawford opposed.

PER CURIAM. Judgment for $200 in an action for damages for failure to tend a crop as per contract.

Appeal denied. Judgment affirmed.